UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CARTHIA JOACHIM,<br>    Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security; MICHAEL AYTES, Acting Deputy Director, U.S. Citizenship and Immigration Services; ROBERT COWAN, Director, National Benefits Center, U.S. Citizenship and Immigration Services; KATHY REDMAN, District Director, U.S. Citizenship and Immigration Services; MARGARET IGLESIAS, Field Office Director (Orlando, Florida), U.S. Citizenship and Immigration Services,<br>    Defendants. | Civil Action No. 6:09-cv-1096-Orl-28DAB |

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
## FOR WRIT OF MANDAMUS

**To the Honorable Judge of Said Court:**

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 3.08(a), Plaintiff voluntarily dismisses this case. Defendants have reached a decision and granted Plaintiff lawful permanent resident status in the United States. No answer or motion for summary judgment has been filed by Defendants. Therefore, voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1) is proper. This voluntary dismissal is without prejudice.

Respectfully submitted this 9th day of October, 2009.

SUBMITTED BY:

Charles R. Conroy, Esquire
Trial Counsel for Plaintiff
Florida Bar No. 696889
The Legal Aid Society of the
Orange County Bar Association, Inc.
100 East Robinson Street
Orlando, Florida 32801
(407) 841-8310, ext. 3134
Facsimile (407) 648-9240
cconroy@legalaidocba.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Bradley M. Bole, Esquire
Bradley.Bole@usdoj.gov

SERVICE MADE BY:

Charles R. Conroy, Esquire
Attorney for Plaintiff